NUMBER 13-04-481-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

IN RE: INTERCOASTAL SALVAGE, INC.
_________________________________________________________

On Petition for Writ of Mandamus
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Relator, Intercoastal Salvage, Inc., filed a petition for writ of mandamus in the
above cause. Relator has now filed a motion to dismiss. In the motion, relator states
that the parties have settled any issues between them and have filed an agreed motion
to dismiss with the trial court. There now exists no legal or factual reason for the
mandamus relief requested, and relator requests that its petition for writ of mandamus
be dismissed.
         The Court, having considered the documents on file and relator’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Relator’s
motion to dismiss is granted, and the petition for writ of mandamus is hereby
DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 17th day of March, 2005.